UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:17-cv-00538-0r1-37DC

LAWRENCE J. CHASTANG,
DORA PATRICIA CHASTANG,
LAWRENCE CHASTANG, JR.,
MILES CHRISTIAN CHASTANG,
ADRIANA PATRICIA CHASTANG, AND
WINSTON CHASTANG,

    Plaintiffs,

vs.

GILAD LEVY, in his individual capacity only
and not in his official capacity as a Deputy
Sheriff for the Orange County Sheriff's
Department,

    Defendant.
_____/

## **DEFENDANT, GILAD LEVY'S INDEX OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

Exhibit A –   (Doc. 20-1) - Deposition Transcript – Adriana Patricia Chastang

Exhibit B –   (Doc. 20-2) - Deposition Transcript – Dora Patricia Chastang

Exhibit C –   (Doc. 20-3) - Deposition Transcript – Lawrence J. Chastang, Jr.

Exhibit D –   (Doc. 20-4) - Deposition Transcript – Lawrence Chastang, Sr.

Exhibit E –   (Doc. 20-5) - Deposition Transcript – Miles Christian Chastang

Exhibit F –   (Doc. 20-6) - Deposition Transcript - Winston Hamilton Chastang

Exhibit G –   (Doc. 20-7) - Deposition Transcript - Jason Martin

Exhibit H –   (Doc. 20-8) - Deposition Transcript - Gilad Levy

Exhibit I –   (Doc. 20-9) - Deposition Transcript - Todd Gardiner

Exhibit J –   (Doc. 20-10) - Deposition Transcript - Mariana Trejos

Exhibit K –   (Doc. 20-11) - Deputy Gilad Levy Bodycam Video

Exhibit L –   (Doc. 20-12) - Affidavit - Deputy Gilad Levy with attached Incident Report

Exhibit M –   (Doc. 20-13) - Affidavit - Kenneth R. Wallentine

Exhibit N –   (Doc. 20-14) – Doc. 11 - Amended Complaint

Respectfully submitted,

/s/ Brian F. Moes
WALTER A. KETCHAM, JR., ESQ.
Florida Bar No.: 156630
BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
Grower, Ketcham, Eide, Telan & Meltz, P.A.
Counsel for Defendant, GILAD LEVY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following via the ECF filing system on this 30th day of March, 2018 to the following: **WILLIAM G. OSBORNE, ESQUIRE**, William G. Osborne, P.A., 1305 E. Robinson Street, Orlando, Florida 32801 at Service@osborneattorneys.com and Bill@osborneattorneys.com

/s/ Brian F. Moes
WALTER A. KETCHAM, JR., ESQ.
Florida Bar No.: 156630
BRIAN F. MOES, ESQ.
Florida Bar No.: 39403
Grower, Ketcham, Eide, Telan & Meltz, P.A.
901 N. Lake Destiny Road, Suite 450
Maitland, Florida 32751
Post Office Box 538065
Orlando, Florida 32853-8065
Telephone: (407) 423-9545
Facsimile: (407) 425-7104
Counsel for Defendant, GILAD LEVY
E-Mail: waketcham@growerketcham.com
bfmoes@growerketcham.com
enotice@growerketcham.com
sforbes-torres@growerketcham.com
aremedios@growerketcham.com

13090/876